UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON D. FISHER,<br><br>                       Plaintiff,<br><br>-against-<br><br>FAITH MILLER (SCHEINKMAN), ET AL,<br><br>                       Defendants. | 21-CV-7784 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the March 3, 2023, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 3, 2023
            New York, New York

                                                    /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                        Chief United States District Judge